154 A.3d 691

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY WHITE, DEFENDANT-PETITIONER.

October 21, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001555-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 692

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. VICTOR P. RUSS, DEFENDANT-PETITIONER.

October 21, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000529-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.